**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA SOUTAR,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | )  NO. CV 08-2491-E<br>)<br>)<br>)<br>)  **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.


       DATED:  February 23, 2009.


                        _____/S/_____<br>                          CHARLES F. EICK<br>           UNITED STATES MAGISTRATE JUDGE